```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HARVEY KATZENBERG, et al.          |
                                   |
              Plaintiff,           |         NOT FOR PUBLICATION
                                   |         ORDER
         -against-                 |
                                   |         04 CV 5100 (CBA)
DERVAL LAZZARI, et al.,            |
                                   |
              Defendants.          |
-------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the report and recommendation ("R&R") of the Honorable Cheryl L. Pollack, United States Magistrate Judge. Judge Pollack recommended that: 1) plaintiff's motion for summary judgment on the first cause of action be denied; 2) the court strike defendants' waiver defense to plaintiff's claim for pension benefits; 3) plaintiff's motion for summary judgment on the second cause of action be denied; 4) plaintiff's motion for summary judgment on his third cause of action be denied, without prejudice subject to renewal following the Court's final disposition of the case; 5) plaintiff's motion for summary judgment on defendants' second counterclaim be denied; and 6) defendants' motion to amend be granted. Because no party objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court.

     SO ORDERED.

Dated:    Brooklyn, New York
           March 30, 2007

                                            Carol Bagley Amon
                                            United States District Judge