```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HARVEY KATZENBERG, et al.              |
                                       |
                    Plaintiff,         |         NOT FOR PUBLICATION
                                       |         ORDER
              -against-                |
                                       |         04 CV 5100 (CBA)
DERVAL LAZZARI, et al.,                |
                                       |
                    Defendants.        |
-------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

This Court has received the Report and Recommendation of the Honorable Cheryl L. Pollak, United States Magistrate Judge, regarding plaintiff Pearl Katzenberg's request for attorneys' fees. Judge Pollak's well-reasoned Report, dated August 30, 2007, recommends that plaintiff's counsel be awarded $7,719.12 in reasonable fees and $91.37 in expenses pursuant to 29 U.S.C. § 1132(g)(1). No party has objected to the Report and Recommendation. The Court hereby adopts the Report and Recommendation of August 30, 2007 as its opinion. The Clerk of the Court is directed to enter judgment in accordance with this Order.

SO ORDERED.

Dated: Brooklyn, New York
       October 9, 2007

                                              Carol Bagley Amon
                                              United States District Judge